1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11  **JIMMY CARSON**                    )    **Case No.  CIV-11-0632 KJN**
                                        )
12                                      )
                                        )
13                                      )    **STIPULATION AND** ~~**PROPOSED**~~
                                        )    **ORDER EXTENDING PLAINTIFF'S**
14           **Plaintiff,**             )    **TIME TO FILE SUMMARY**
                                        )    **JUDGEMENT MOTION**
15  **v.**                              )
                                        )
16  **MICHAEL J. ASTRUE**               )
    **Commissioner of Social Security** )
17  **of the United States of America,**)
                                        )
18           **Defendant.**             )
                                        )
19  _____    )

20
         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
21
    Plaintiff's time to file his summary judgment is hereby extended from August 26, 2011, to October 13,
22
    2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's  impacted briefing
23
    schedule and need to prioritize older cases.
24

25  / / / /

26  / / / /

27  / / / /

28

                                            1

Dated: August 26, 2011                    */s/Bess M. Brewer*
                                          BESS M. BREWER
                                          Attorney at Law

                                          Attorney for Plaintiff


Dated: August 26, 2011                    Benjamin B. Wagner

                                          United States Attorney

                                          /s/ Brenda Pullin
                                          BRENDA PULLIN
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant


## ORDER

The stipulation of the parties is HEREBY APPROVED.[1]  Plaintiff shall have until October 28, 2011, to file a motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED:  August 29, 2011

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

---

[1]  The undersigned notes that plaintiff, who is represented by an attorney who appears regularly before the undersigned and regularly seeks extensions, filed this stipulation and proposed order on the day that plaintiff was obligated to file a motion for summary judgment.  Plaintiff's counsel is again admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor."