1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

           IN THE UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY CARSON** | Case No. CIV-11-0632 KJN |
| | |
| | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |
| Plaintiff, | |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from October 13, 2011, to November 17, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: October 13, 2011 | /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: October 13, 2011 | Benjamin B. Wagner<br>United States Attorney<br>/s/ Brenda Pullin<br>BRENDA PULLIN<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

The stipulation of the parties (Dkt. No. 16) is HEREBY APPROVED.  Plaintiff shall have until November 17, 2011, to file a motion for summary judgment.  The court's scheduling order is modified accordingly.  The undersigned notes that it appears from the parties' stipulation that plaintiff's counsel, Bess Brewer, did not read the last order of the court, which granted Ms. Brewer until October *28*, 2011, to file her client's motion for summary judgment (Dkt. No. 15).

IT IS SO ORDERED.

DATED: October 20, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2